IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-4031-01-CR-C-SOW |
| | ) | |
| ROBERT W. GRIFFITH, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation (Doc. # 18) of United States Magistrate Judge William A. Knox regarding defendant Robert W. Griffith's entry of a plea of guilty. On October 7, 2008, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Counts One through Four of the indictment filed on July 10, 2008. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary as to each count, and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Robert W. Griffith's plea of guilty shall be accepted and that defendant Griffith be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant.

          ___/s/ Scott O. Wright_____
          SCOTT O. WRIGHT
          Senior United States District Judge

Dated: ___10/15/2008_____